**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01494-BNB

ANTHONY OWENS,

    Applicant,

v.

JOE ORTIZ, Executive Director, Colorado DOC, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The Court grants Respondents' Motion for Clarification, ECF No. 14. In response to Respondents' Motion, the Court finds ECF No. 1 is a rewrite of the application Applicant filed in Case No. 05-cv-02406-WDM-BNB and not the Application for consideration in this case. The Court considers ECF No. 1 only as background information. Respondents are directed to file a Pre-Answer Response to ECF No. 2.

Dated: July 24, 2012