IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01494-LTB

ANTHONY OWENS,

    Applicant,

v.

JOE ORTIZ, Executive Director, Colorado Department of Corrections, and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on September 14, 2012, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 14 day of September, 2012.

                        FOR THE COURT,

                        GREGORY C. LANGHAM, Clerk


                        By: s/L. Gianelli
                            Deputy Clerk